IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

__JERRY BAKER_____ )
                                )
    Plaintiff,                   )
                                 )    RECEIVED
v.                               )    2007 DEC 27 P 12:12
                                 )    CASE NO. 3:07cv1127-WKW
__RUSSELL CORPORATION_____  )    DEBRA P. HACKETT, CLK
                                 )    U.S. DISTRICT COURT
                                 )    MIDDLE DISTRICT ALA
    Defendant,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Jerry Baker_____, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                **Relationship to Party**

No reportable relationships          _____

_____                 _____

_____                 _____


12/27/2007
Date

_Maricia Woodham_
Counsel Signature

_Jerry Baker_
Counsel for (print names of all parties)

2800 Zelda Rd. Ste 100-5
Address, City, State Zip Code
Montgomery, AL 36106
(334) 271-2770
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Maricia Woodham_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail along with the summons and Complaint on this _27th_ day of December _2007_, to:

Russell Corporation
c/o M. Clayton Humphries, Jr., Registered Agent
755 Lee Street
Alexander City, AL  35010

12/27/07
Date

*Maricia Woodham*
Signature