| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): W. MASSENGALE   B. Date of Delivery: 1-8-8<br>C. Signature: X W. Massengale   ☒ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Russell Corporation<br>c/o M. Clayton Humphries, Jr., Registered Agent<br>755 Lee Street<br>Alexander City, AL 35010 | 3:07CV127-WKW<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7006 0100 0003 6638 4778 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789