UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JERRY BAKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **RUSSELL CORPORATION,** | ) Civil Action No. 3:07cv1127-WKW |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), a conference was held on February 19, 2008 and was attended by:

| | |
|---|---|
| Maricia Woodham | Jay St. Clair |
| Sabel & Sabel, P.C. | Bradley Arant Rose & White |
| 2800 Zelda Road, Suite 100-5 | 1819 Fifth Avenue North |
| Montgomery, Alabama 36106 | Birmingham, AL 35203-2104 |
| Attorney for Plaintiff | Attorney for Defendant |

2. Pre-Discovery Disclosures. The parties will exchange the information required by Local Rule 26 by March 30, 2008.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects: All of the issues and allegations raised by Plaintiff's Complaint, the defenses asserted in Defendant's answer, Plaintiff's claimed damages and the defenses thereto.

    b. Disclosure of electronically stored information should be

    handled by the Parties first taking steps to maintain any electronically stored data and then producing such data as may be warranted through the course of discovery.

 All discovery commenced in time to be completed by October 31, 2008.

 Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

 Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

 Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s).

 Reports from retained experts under Rule 26(a)(2) due:

 From plaintiff(s) by June 30, 2008.
 From defendant(s) by July 30, 2008.

 Supplementations under Rule 26(e) due August 15, 2008.

 4. The parties do not request a scheduling conference with the Court before entry of the scheduling order.

 5. The parties request a pretrial conference in November 2008.

 6. Plaintiff should be allowed until May 31, 2008 to join additional parties and amend the pleadings.

 7. Defendants should be allowed until June 30, 2008 to join additional parties and amend the pleadings.

 8. All potentially dispositive motions should be filed by September 30, 2008.

 9. Settlement cannot be evaluated prior to some initial discovery.

 10. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
   From plaintiff(s): 21 days prior to trial;

       From defendant(s):    21 days prior to trial.

11. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

12. The case should be ready for trial by January 31, 2009, which at this time is expected to take approximately 3-4 days.

Date: February 19, 2008.

                        s/Jay St. Clair
                        Jay St. Clair
                        Attorney for Defendant
                        Russell Corporation
                        Bradley Arant Rose & White
                        1819 Fifth Avenue North
                        Birmingham, AL 35203-2104
                        Phone: 205-521-8344
                        Fax: 205-521-8800

                        s/Maricia Woodham
                        Maricia Woodham
                        Attorney for Plaintiff
                        Sabel & Sabel, P.C.
                        2800 Zelda Road, Suite 100-5
                        Montgomery, Alabama 36106
                        Phone: 334-271-2770
                        Fax: 334-277-2882