# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JERRY BAKER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:07cv1127-WKW |
| **RUSSELL CORPORATION,** | ) |
| **Defendant.** | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 Russell Corporation submits the following corporate disclosure statement.

All of the stock of Russell Corporation is owned by Fruit of the Loom, Inc., and all of the stock of Fruit of the Loom, Inc. is owned by Berkshire Hathaway Inc., a publicly traded company.

s/ Jay St. Clair
Jay St. Clair (STC001)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: jstclair@bradleyarant.com
Attorney for Defendant
Russell Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcia Woodham, Esquire
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106
Phone: 334-271-2770
Fax: 334-277-2882

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A.

s/ Jay St. Clair
OF COUNSEL