## IN THE U.S. DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JERRY BAKER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:07cv1127-WKW |
| **RUSSELL CORPORATION,** | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES now Maricia B. Woodham, attorney for Plaintiff, Jerry Baker, and moves this Court for an Order permitting her to withdraw from her representation of Plaintiff in this action, and in support thereof states:

1. Ms. Woodham has appeared in this action as a lawyer with the law firm of Sabel & Sabel, P.C.

2. Ms. Woodham is leaving the law firm of Sabel & Sabel, P.C.

3. The firm of Sabel & Sabel, P.C. will continue to represent Plaintiff in this action and there will be no harm or prejudice to Plaintiff. Specifically, M. Wayne Sabel and Mark Sabel enter their appearance as attorneys of record for Plaintiff along with this Motion.

WHEREFORE, Ms. Woodham requests that she be permitted to withdraw as counsel in this action.

Respectfully submitted this the  8th day of March , 2008.


/s/ Maricia B. Woodham
MARICIA B. WOODHAM (*BEN050)*


**OF COUNSEL:**
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 *facsimile*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system this the 8th day of March, 2008, which will send notice of same to all counsel of record.

Jay St. Clair, Esq. (STC001)
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104


/s/ Maricia Woodham
OF COUNSEL