# IN THE U.S. DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JERRY BAKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:07cv1127-WKW |
| | ) |
| **RUSSELL CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Please take notice that M. Wayne Sabel of Sabel & Sabel, P.C. herby enters his appearance as counsel to Plaintiff in the above captioned matter.

Respectfully submitted,

/s/ M. Wayne Sabel
M. Wayne Sabel (SAB002)

**OF COUNSEL**:

SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Hillwood Office Center
Montgomery, Alabama 36106
334/271-2770 (Telephone)
334/277-2882 (Facsimile)
mwoodham@sabellaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system this the 10th day of March, 2008, which will send notice of same to all counsel of record.

Jay St. Clair, Esq. (STC001)
Bradley Arant Rose & White, LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104

                              /s/ M. Wayne Sabel
                              OF COUNSEL