IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1127-WKW |
| ) | |
| RUSSELL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. # 12), it is ORDERED that the motion is GRANTED and Maricia B. Woodham, one of the plaintiff's attorneys, is withdrawn from the case.

DONE this 19th day of March, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE