UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JERRY BAKER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **Civil Action No. 3:07cv1127-WKM** |
| | ) |
| **RUSSELL CORPORATION,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## NOTICE OF CHANGE OF ADDRESS

The undersigned hereby advises the Court and the parties that I am now with Littler Mendelson, P.C. My current mailing address is 420 20th Street North, Suite 2730, Birmingham, Alabama 35203.

        Respectfully submitted,

        s/Jay St. Clair
        Jay St. Clair
        Littler Mendelson, P.C.
        420 20th Street North, Suite 2730
        Birmingham, AL 35203-
        Phone: (205) 421-4777
        Fax: (205) 449-8446
        E-mail: jstclair@littler.com

        Attorney for Defendant
        Russell Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Sabel (SAB004)
Sabel & Sabel, P.C.
2800 Zelda Road, Suite 100-5
Hillwood Office Center
Montgomery, Alabama 36106
Phone: 334-271-2770
Fax: 334-277-2882
Email: mwoodham@sabellaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A.

s/ Jay St. Clair
OF COUNSEL