IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CV-1127-WKW[WO] |
| | ) | |
| RUSSELL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is ENTERED in favor of Defendant Russell Corporation, and against Plaintiff Jerry Baker, and that Plaintiff takes nothing by his suit.

It is further ORDERED that all costs herein incurred are TAXED against Plaintiff, for which let execution issue.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of May, 2009.

　　　　　/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE